UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-MJ-1235-WW-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EBONY M. ALSTON | ORDER TERMINATING PROBATION |

Counsel for Defendant filed a motion requesting early termination of Ms. Alston's term of probation. Counsel represented that Ms. Alston has completed the ordered substance abuse treatment requirement, she is in compliance with all of the terms of her probation, and that her probation officer does not oppose early termination of her probation.

Accordingly, Defendant's motion for early termination of the term of probation is GRANTED.

March 26, 2013
DATE

_____
UNITED STATES MAGISTRATE JUDGE